# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentina Chavez Cano, | No. CV-26-01526-PHX-JJT (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, *et al.*, | |
| Respondents. | |

Petitioner challenged her present immigration detention, arguing she was detained and not provided a bond hearing. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 4.) Respondents' response stated:

> Undersigned counsel has thus far been unable to determine whether Petitioner was lawfully admitted to the United States or is considered an applicant for admission. Therefore, to the extent Petitioner seeks an order requiring a bond hearing here under 8 U.S.C. 1226(a), Respondents do not oppose.

(Doc. 9.)   The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for a bond redetermination hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for a bond redetermination hearing.

. . .

. . .

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release her from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing her a bond hearing.  That notice must include the result of the bond redetermination hearing.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge